AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jerry Joe Moore, II ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   9:10-1806-JFA |
| Commissioner of the Social Security Administration ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __ ), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: It is ordered and adjudged that the Court accepts the Report and Recommendation of Magistrate Judge Marchant. The Commissioner's decision is reversed and remanded.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge.

Date:   September 19, 2011                                        *CLERK OF COURT*

                                                                  s/John P. Bryan, Jr.
                                                                  _____
                                                                  *Signature of Clerk or Deputy Clerk*