AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jerry Joe Moore, II  *Plaintiff* | ) ) |
| v. | ) Civil Action No.  9:10-CV-01806-JFA |
| Commissioner of the Social Security Administration  *Defendant* | ) ) ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: It is ordered and adjudged that the Court accepts the Supplemental Report and Recommendation of Magistrate Judge Marchant and affirms the decision of the Commissioner.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge.


Date:   April 11, 2012                                                  *CLERK OF COURT*

                                                                         s/John P. Bryan, Jr.
                                                                         *Signature of Clerk or Deputy Clerk*